UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ERROL VICTOR, SR.**          CIVIL ACTION

**VERSUS**                     NO. 22-1539

**STATE OF LOUISIANA, ET AL.** SECTION "J"(4)

## ORDER

Before the Court is *pro se* Plaintiff Errol Victor, Sr.'s *Motion to Vacate Report and Recommendation of Magistrate Judge* **(Rec. Doc. 82)**, which the Court construes as an objection to the Magistrate Judge's Report and Recommendation recommending that Victor's claims be dismissed with prejudice (Rec. Doc. 70). In his objection, Plaintiff argues that he did not consent to the Magistrate Judge's involvement in his case. (Rec. Doc. 82, at 2). "A magistrate judge may be assigned such additional duties as are not inconsistent with the Constitution and laws of the United States." 28 U.S.C.A. § 636(b)(3). Further, "each district court shall establish rules pursuant to which the magistrate judges shall discharge their duties." *Id.* at § 636(b)(4). This Court's Local Rules provide for automatic referral of applications for post-trial relief and prisoner cases brought pursuant to 42 U.S.C. § 1983. L.R. 73.2. Under this rule, Plaintiff's § 1983 complaint was appropriately referred to the assigned magistrate judge, and Plaintiff's objection to the magistrate judge's recommendation lacks merit.

Accordingly, having considered the record, applicable law, the Report and Recommendation of the United States Magistrate Judge, and finding that the plaintiff's objection (Rec. Doc. 82) to the Magistrate Judge's Report and Recommendation lacks merit, the Court hereby approves the Report and

Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Plaintiff Errol Victor Sr.'s § 1983 claims against Defendants Assistant District Attorney Judie E. Cullen, Attorney General Jeff Landry, Sheriff Mike Tregre, the State of Louisiana, and the Honorable Dennis J. Waldron be **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief may be granted pursuant to Title 42 U.S.C. § 1983.

New Orleans, Louisiana, this 16th day of May, 2023.

_____
CARL J. BARBIER
UNITED STATES DISTRICT COURT